June 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JERRY ALFRED FUTCH, JR., Appellant

NO. 14-12-00731-CV                    V.

BAKER BOTTS, LLP, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Baker Botts, LLP, signed, July 27, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Jerry Alfred Futch, Jr. to pay all costs incurred in this appeal. We further order this decision certified below for observance.